The American Insurance Company, a Corporation, Plaintiff-Appellee, v. Maurice L. Rosenberg, d/b/a Irmasam Furs & Goldsmith, Defendant-Appellant.

**Gen. No. 48,077.**

First District, First Division.

December 29, 1960.

Hoffman & Davis, of Chicago (Maurice L. Davis and David I. Hoffman, of counsel) for appellant; Clausen, Hirsh, Miller & Gorman, of Chicago (Donald N. Clausen and Jerome H. Torshen, of counsel) for appellee. Opinion by JUSTICE BURMAN. **Not to be published in full.**